Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney fo Plaintiff, BARBARA SUMAGAYSAY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SUMAGAYSAY,<br><br>   Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION,<br><br>   Defendant. | Case No: 2:19-cv-04825-CJC-JEM<br><br>**JOINT SIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Barbara Sumagaysay ("Plaintiff"), and Kohl's Corporation ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

JOINTLY SUBMITTED:

- 1 -
JOINT STIPULATION OF DISMISSAL

1 | */s/ Tahir L. Boykins (with permission)* | */s/ Jeremy E. Branch*
2 | Tahir L. Boykins (State Bar No. 323441) | Jeremy E. Branch – Bar #303240
3 | KELLEY DRYE & WARREN LLP | The Law Offices of Jeffrey Lohman, P.C.
4 | 10100 Santa Monica Boulevard | 
5 | Twenty-Third Floor | 28544 Old Town Front Street, Suite 201
6 | Los Angeles, CA 90067-4008 | Temecula, CA 92590
7 | Telephone: (310) 712-6100 | Tel. (866) 329-9217 ext. 1009
8 | Facsimile: (310) 712-6199 | Fax: (657) 246-1312
9 | tboykins@kelleydrye.com | Email: jeremyb@jlohman.com
10 | *COUNSEL FOR DEFENDANT* | *COUNSEL FOR PLAINTIFF*

- 2 -
JOINT STIPULATION OF DISMISSAL

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following registered parties:

*/s/ Tahir L. Boykins (with permission)*
Tahir L. Boykins (State Bar No. 323441)
KELLEY DRYE & WARREN LLP
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
tboykins@kelleydrye.com
*COUNSEL FOR DEFENDANT*

      */s/ Jeremy E. Branch*
Jeremy E. Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff,
BARBARA SUMAGAYSAY