UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | CV 19-04825-CJC (JEMx) |
| Date | July 22, 2020 |
| Title | Barbara Sumagaysay v. Kohls Corporation |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE WITH PREJUDICE**

 The Court, having been advised by the Plaintiff that this action has been resolved by a Stipulation to Dismiss Case [19], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

 - : -

Initials of Deputy Clerk   gga